

### Adubato & Jaffe
ATTORNEYS AT LAW
725 BROADWAY
BAYONNE, NEW JERSEY 07002

TEL: (201) 858-3771
FAX: (201) 858-8604

MICHELE A. ADUBATO
BETH M. JAFFE

January 25, 2012

Hon. Jose Linares, U.S.D.J.
MLK, Jr. Courthouse
50 Walnut Street/PO Box 999
Newark, N.J. 07101

RE: GALITANO GJONI
CRIM NO. ~~09-0334~~ 11cr184

Dear Judge Linares:

On March 17, 2009, this office was assigned to represent Galitano Gjoni under the CJA in the above-entitled matter.

Mr. Gjoni was set to be sentenced on February 2, 2012 but his sentencing has been adjourned at the request of the Government without objection. Mr. Gjoni probably will not be sentenced for another six months.

In light of the fact we have represented Mr. Gjoni for nearly a three year period, we request leave of the court to file and interim bill for our services to date.

Thank you for your consideration in this matter.

Respectfully yours,

ADUBATO & JAFFE

Michele A. Adubto

/nc

SO ORDERED: _____
DATED: 2/1/12